AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
#### ANDERSON/GREENWOOD DIVISION

Rita P. Macon

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 8:08-179-RBH

State Farm Insurance

**[X]  Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice and without issuance and service of process due to the fact that this court lacks subject matter jurisdiction.

LARRY W. PROPES, Clerk

June 23, 2008

By: s/Angela Lewis
    Deputy Clerk